COMMERCIAL SAVINGS BANK OF GRAND RAPIDS, MICHIGAN, Respondent, *v.* WILLIAM MANN, Individually and as Sheriff of Livingston County, et al., Appellants.

*Sheriffs — replevin — action to recover for alleged wrongful seizure of personal property.*

*Commercial Sav. Bank of Grand Rapids* v. *Mann*, 206 App. Div. 297, affirmed.

(Argued April 3, 1924; decided May 13, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 29, 1923, reversing a judgment in favor of defendants entered upon a verdict and granting a new trial. The action was originally brought against William Mann, as sheriff of Livingston county, for money damages for the taking, detention and delivery to another of personal property consisting of a carload of beans belonging to plaintiff. The Grand Rapids National City Bank by order was allowed to intervene as a defendant. The defense was a denial of ownership in plaintiff and fraud.

*Charles D. Newton* and *Edwards P. Ward* for appellants.
*George S. Van Schaick* for respondent.

· Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.